**Malcolm F. Jones**
*c/o Da'vid Abellard, Jr.*
*401 East Las Olas Boulevard, Suite 130-497*
*Fort Lauderdale, Florida 33301*

---

January 2, 2015

U.S. Bank N.A., as Successor
Trustee to Bank of America
N.A. (Successor by Merger
To Lasalle Bank N.A.), as
Trustee, on Behalf of the
Holders of the Thornburg
Mortgage Securities Trust
2006-6 Mortgage Loan Pass-
Through Certificates, 2006-6
*Credit Disputes and Inquiries Dept.*
425 Walnut Street
Cincinnati, OH 45202

[DIGIMAIL JAN 07 2015]

    Re:    Truth in Lending Act (*TILA*) – Notice of *TILA* Non-Compliance

| | |
|---|---|
| *Alleged Debtor(s):* | Malcolm F. Jones |
| *Property Address:* | 207 Island Drive |
| | *Jupiter, Florida 33477* |
| *Loan Number:* | *001 223 2641* |
| *Loan Servicer:* | *Select Portfolio Services (SPS)* |

    1. According to court documents filed on your behalf in a foreclosure lawsuit, on or before May 29, 2013, you became the "new owner" of the above referenced mortgage loan which is the subject of said lawsuit.

    2. As the admitted "new owner", you were mandated by The Truth in Lending Act (TILA), *15 U.S.C. 1601 et seq.*, Regulation Z, *12 CFR § 1026.39* ("Reg Z") to, within 30 days of acquiring the above referenced loan, provide my client with written notification of the following:

        *a) Identification of the subject loan that you admited was sold, assigned, or otherwise transferred to you on or before May 29, 2013.*

        *b) Your name, address, and telephone number.*

        *c) Date of transfer, sale or assignment of the subject loan*

   d) The name, address, and telephone number of an agent or party having authority, on your behalf to receive notice of the right to rescind and resolve issues concerning my payments on the subject mortgage loan.

   e) The location where transfer of ownership of the alleged debt to you is or may be recorded in public records.

   f) Finally, any other information regarding your alleged ownership transaction.

3. Surely, you must have complied with the disclosure requirements mandated by Reg Z § 1026.39 within 30 days of your admitted acquisition of the subject mortgage loan. Therefore, I am respectfully requesting that you IMMEDIATELY (within 5 days of receiving this letter), provide me with a copy of the notice and disclosures required by Reg Z § 1026.39.

4. Finally, please instruct your debt collection agents, **Select Portfolio Servicing Inc.** and **Sirote & Permutt, P.C.** to immediately cease any and all "collection activities" - at least until you have shown compliance with Reg Z § 1026.39's notice and disclosure requirements.

5. Your prompt and immediate attention to this matter would be greatly appreciated!

Please send all correspondence to: C/o Da'vid Abellard, Jr. 401 East Las Olas Blvd., Ste. 130-497, Fort Lauderdale FL 33301

_____
Malcolm F. Jones, January 2, 2015

CC:   Office of the Comptroller
      of the Currency (OCC)
      1301 McKinney Street
      Suite #3450
      Houston, TX 77010

      **Consumer Financial
      Protection Bureau (CFPB)**
      P.O. Box 4503
      Iowa City, Iowa 52244
      Fax: (855) 237-2392

**Florida Office of**
**Financial Regulation**
Division of Financial
Institutions
*Consumer Assistance Group*
200 E. Gaines Street
Tallahassee, FL 32399