# EXHIBIT "A"

| | |
|---|---|
| **From:** | Bruce Botsford <botslaw@gmail.com> |
| **Sent:** | Monday, June 15, 2015 9:03 PM |
| **To:** | David, Jr. |
| **Cc:** | Mitchell, Samoye; Avidon, Marni; REGXREGZ@GMAIL.COM; SUPPORTLEADER@BOTSFORDLEGAL.COM; DAJLAWFIRM@GMAIL.COM |
| **Subject:** | Re: Jones, Malcolm / Letter regarding loan modification ineligibility / Palm Beach County 50-2013-CA-009232XXXXMB |

Marni,

Before you start threatening me with violating the Rules of Professional Conduct, you may want to understand the Rules first. I was not retained by the client to provide any such services in connection with the loan modification nor have I ever represented that I was retained in any such manner. Neither my name nor address even appears on the RFI's or Notice of Errors. I believe a personal apology is appropriate under the circumstances.

Bruce Botsford, Esq.
Bruce Botsford, P.A.
2524 Flamingo Lane
Ft. Lauderdale, Florida 33312
Telephone: (954) 663-7002
Facsimile: (954) 208-0968

On Mon, Jun 15, 2015 at 1:56 PM, David, Jr. <david@pivotalkey.com> wrote:
To whom it may concern,
Attorney Bruce Botsford is not involved in the loss mitigation process, was never retained for loss mitigation, and has never been retained for loss mitigation. Andrew(Drew) Thompson of Mortgage Servicing Protection and myself are the designated advocates/agents for Malcolm Jones. Please do not send any information regarding Mr. Jones' loss mitigation efforts to parties who are not authorized to address Mr. Jones' loss mitigation efforts without his TPA/ATP or his consent.

Please provide a list of loss mitigation options that Mr. Jones may qualify for besides a loan modification. Furthermore, MSP and myself will look into your allegations about the loan modification eligibility.

Please see attached TPA/ATP.

Respectfully,
Da'vid, Jr.

http://www.consumerfinance.gov/newsroom/cfpb-takes-action-against-flagstar-bank-for-violating-new-mortgage-servicing-rules/

Regulation X/ Regulation Z/ Litigation/ Loss Mitigation Support Leader/

*ALL ACTIVITIES FROM THIS EMAIL ARE SUPERVISED BY A FLORIDA LICENSED ATTORNEY*

1

*This correspondence and any attachments associated with said correspondence are not intended to, or shall it be deemed to constitute any legal advice. *

*** This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies. ***

On Mon, Jun 15, 2015 at 1:02 PM, Mitchell, Samoye <smitchell@sirote.com> wrote:

Good Afternoon,

Please find attached.


Thank you

**Samoye Mitchell**
Paralegal

## Sirote

Sirote & Permutt, PC
200 East Broward Boulevard, Suite 900   Fort Lauderdale, FL 33301
T: 954-828-1116    F: 954-828-1101
smitchell@sirote.com   www.sirote.com

Alabama  Florida

vCard | confidentiality notice

The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.